THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISON IRENE GROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　Defendant. | CASE NO. C12-0633-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

　　　This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 23), to which no objections have been filed. Having thoroughly considered the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation, and the balance of the record, the Court hereby ORDERS as follows:

　　　(1) The Court adopts the Report and Recommendation.

　　　(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

　　　(3) The Clerk of the Court is directed to send copies of this order to the parties and to Judge Donohue.

1   DATED this 29th day of January 2013.

          John C. Coughenour
          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REVERSING AND
REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS
PAGE - 2